**Mitchell D. GARRISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41401.**

Missouri Court of Appeals,
Western District.

March 6, 1990.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).